# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOANNA BOYD,<br><br>　　　　　Petitioner,<br>v.<br>JERRY HOWELL, et al.,<br><br>　　　　　Respondents. | Case No. 2:20-cv-01577-RFB-BNW<br><br>**ORDER** |

This habeas matter is before the Court on Petitioner Joanna Boyd's Motion to Reopen (ECF No. 23) and Motion to Voluntarily Dismiss Case (ECF No. 26).

On February 5, 2021, the Court administratively closed this action while Petitioner exhausted her unexhausted claims in state court. (ECF No. 20.) Petitioner represents that state court proceedings have concluded on October 6, 2021 and moves to re-open these federal habeas proceedings in order to dismiss her case and enter judgment. (ECF Nos. 23, 26.) Petitioner voluntarily dismissed her state post-conviction petition and requests dismissal of the instant federal habeas case. (ECF No. 26)

**IT IS THEREFORE ORDERED:**

1. Petitioner Joanna Boyd's Motion to Reopen (ECF No. 23) is GRANTED and this action is hereby REOPENED.

2. Petitioner Joanna Boyd's Motion to Voluntarily Dismiss Case (ECF No. 26) is GRANTED and the Second Amended Petition for Writ of Habeas Corpus (ECF No. 15) is dismissed.

3. A certificate of appealability is DENIED as jurists of reason would not find the Court's

///

///

///

dismissal of the petition to be debatable or wrong.

4. The Clerk of Court is instructed to enter final judgment accordingly and close this case.

DATED this 16th day of May, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE